# UNITED STATES DISTRICT COURT
## District of Kansas
(Wichita Docket)

UNITED STATES OF AMERICA,

        **Plaintiff,**

    v.                         **CASE NO.**  6:23-cr-10069-JWB

TRENTON ESPINOZA,

        **Defendant.**

# INDICTMENT

**THE GRAND JURY CHARGES**:

## COUNT 1

**MAKING A FIREARM IN VIOLATION
OF THE NATIONAL FIREARMS ACT
[26 U.S.C. § 5861(f)]**

In or about January 2023, in the District of Kansas, the defendant,

**TRENTON ESPINOZA,**

knowingly made a firearm, to wit; a weapon made from a rifle, that is, an Anderson Manufacturing, model AM-15, .300 blackout caliber rifle modified with an overall length of less 26 inches and a barrel of less than 16 inches in length, as defined in Title 26 United States Code, Section 5845(a)(4), in violation of Title 26, United States Code, Section 5822.

All in violation of Title 26, United States Code, Sections 5822, 5841, 5861(f), and 5871, and Title 18, United States Code, Section 2.

## COUNT 2

**POSSESSION OF AN UNREGISTERED FIREARM IN VIOLATION OF THE NATIONAL FIREARMS ACT [26 U.S.C. § 5861(d)]**

On or about January 21, 2023, in the District of Kansas, the defendant,

**TRENTON ESPINOZA,**

knowingly received and possessed a firearm, a weapon made from a rifle, as defined in Title 26 United States Code, Section 5845(a)(4), to wit: a weapon made by modifying an Anderson Manufacturing, model AM-15, .300 blackout caliber rifle to have a barrel of less than 16 inches and overall length of less than 26 inches, which was not registered to him in the National Firearms Registrations and Transfer Record, in violation of Title 26, United States Code, Section 5861(d).

In violation of Title 26, United States Code, Sections 5841, 5861(d) and 5871.

## FORFEITURE NOTICE

1.      The allegations contained in Counts 1 and 2 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d), Title 26, United States Code, Section 5872(a), and Title 28, United States Code, Section 2461(c).

2.      Upon conviction of one or more of the offenses set forth in Counts 1 and 2 of this Indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c) any

firearms or ammunition involved in the commission of the offenses, including, but not

limited to:

        A.     weapon made from Anderson Manufacturing, model AM-15, .300 blackout caliber rifle, s/n 22040755;

        B.     any ammunition.

      3.     Upon conviction of the offense set forth in Counts 1and 2 of this Indictment,

the defendant shall forfeit to the United States, pursuant to Title 26, United States Code,

Section 5872(a) any firearm involved in the commission of the offense, including, but not

limited to:

        A.     weapon made from Anderson Manufacturing, model AM-15, .300 blackout caliber rifle, s/n 22040755.

All pursuant to Title 18, United States Code, Section 924(d), Title 26, United

States Code, Section 5872(a), and Title 28, United States Code, Section 2461(c).

A TRUE BILL.


July 11, 2023_____      s/Foreperson_____
DATE                              FOREPERSON OF THE GRAND JURY

KATE E. BRUBACHER
UNITED STATES ATTORNEY

By: /s/ Aaron L. Smith_____
AARON L. SMITH
Assistant United States Attorney
District of Kansas
1200 Epic Center, 301 N. Main
Wichita, Kansas  67202
Ph: (316) 269-6481
Fax: (316) 269-6484
Email: aaron.smith3@usdoj.gov
Ks. S. Ct. No. 20447

IT IS REQUESTED THAT THE TRIAL BE HELD IN WICHITA, KANSAS

## <u>PENALTIES</u>

### Counts 1 and 2 [26 U.S.C. § 5861(f)]

- Punishable by a term of imprisonment of not more than ten (10) years.  26 U.S.C. § 5871.

- A term of supervised release of not more than three (3) years.  18 U.S.C. § 3583(b)(2).

- A fine not to exceed $250,000.  18 U.S.C. § 3571(b)(3).

- A mandatory special assessment of $100.00.  18 U.S.C. § 3013(a)(2)(A).

- Forfeiture.